UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAYWOOD MACK ROSS, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-2347 |
| | § | |
| HOUSTON COMMUNITY COLLEGE SYSTEM, | § | |
| *et al.*, | § | |
| *Defendants*. | § | |

**ORDER**

Defendants James David Cross and Norma Perez have filed a motion to dismiss for failure to state a claim and motion for more definitive statement (Dkt. 19), as has defendant Lynne Davis (Dkt. 21).

The current motions seeks dismissal of plaintiffs' claims pursuant to Title VII and the Age Discrimination in Employment Act (ADEA). The district court adopted this court's October 18, 2005, recommendation of dismissal of plaintiff's claims pursuant to Title VII and the ADEA. Therefore, the motions to dismiss are moot as to those claims.

In its October 18, 2005 order, this court also ordered plaintiff to file an amended complaint clarifying his claims under the Americans with Disabilities Act (ADA) and 42 U.S.C. § 1983 on or before November 15, 2005. Plaintiff has not done so. In his objections to the October 18, 2005 memorandum and recommendation, Ross alludes to being disabled due to "being crazy." But, he still has not stated what each defendant did that constitutes a violation of the ADA or that constitutes a violation of his constitutional rights. The court will grant him one final opportunity to do so. It is therefore

ORDERED that defendants' motions for more definite statement (Dkt. 19, 21) are granted. Plaintiff shall file a more definite statement of his ADA and § 1983 claims on or before January 13, 2006. **Failure to file by January 13, 2006 a coherent pleading stating his claims against each defendant with specificity will result in dismissal of this case in its entirety.** It is further

ORDERED that all deadlines in the scheduling order (Dkt. 18) are extended 60 days to allow for repleading and further motions to dismiss if appropriate. It is further

ORDERED that plaintiff's motion for appointment of counsel (Dkt. 25) is denied.

Signed at Houston, Texas on December 28, 2005.

*Stephen Wm Smith*
Stephen Wm Smith
United States Magistrate Judge